# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

THE CARTESIAN COMPANY, INC.
AND GREG GACHASSIN

VERSUS

THE DIVISION OF
ADMINISTRATIVE LAW ETHICS
ADJUDICATORY BOARD PANEL A
AND THE LOUISIANA BOARD OF
ETHICS

NO.   2020 CW 0103

**JULY 6, 2020**

---

In Re:   The Louisiana Board of Ethics, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669617.

---

**BEFORE:   McDONALD, McCLENDON, PENZATO, LANIER, AND BURRIS,[1] JJ.**

**WRIT GRANTED.**   We find that the trial court erred in denying the Louisiana Board of Ethics's motion to quash the second La. Code Civ. P. art. 1442 notice of deposition and reverse the trial court's October 28, 2019 ruling. This matter does not involve First Amendment freedoms, and therefore the plaintiffs', Greg Gachassin and The Cartesian Company, Inc.'s, vagueness challenge to La. R.S. 42:1113(B) must be examined in light of the facts of the case at hand and as applied to them. **State v. Boyd,** 97-0579 (La. 4/14/98), 710 So.2d 1074, 1076. They may not speculate about hypothetical conduct that could also be prosecuted under the same statute. **State v. Hair,** 2000-2694 (La. 5/15/01), 784 So.2d 1269, 1273. Accordingly, the plaintiffs failed to show the requested information is discoverable herein. La. Code Civ. P. art. 1422. The motion to quash filed by the defendant, the Louisiana Board of Ethics, is granted, and the notice of corporate deposition directed to the Louisiana Board of Ethics is quashed.

JMM
AHP
WIL
WJB

McClendon, J., concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.